**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JONATHAN ELLIOTT GOODMAN                                                                  PLAINTIFF
ADC #141664

V.                                     NO: 5:12CV00157 BSM/HDY

RAY HOBBS *et al.*                                                                              DEFENDANTS

## **ORDER**

Plaintiff, currently held at Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint (docket entry #2), on April 27, 2012. In response to a Court order, Plaintiff has now filed a signed copy of the signature page of his complaint (docket entry #8). Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants, and will therefore order service upon them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

DATED this __16__ day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE