**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JONATHAN ELLIOTT GOODMAN     PLAINTIFF
ADC #141664

V.     NO: 5:12CV00157 BSM/HDY

RAY HOBBS *et al.*     DEFENDANTS

**ORDER**

Plaintiff Jonathan Elliott Goodman, an inmate at the Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint on April 27, 2012, and service was ordered. On June 14, 2012, the summons was returned unexecuted as to Defendant Johnnie Harris (docket entry #24). Service had been attempted in the care of counsel for the Arkansas Department of Correction's medical contractor, but was returned because Harris is no longer employed by the contractor. However, Harris's last known address was provided and filed under seal. Accordingly, service for Harris will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Harris's last known address shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Harris, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Harris, at the address provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this __18__ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE